IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CR-19-357-C |
| | ) | |
| ARTHUR PENROD, | ) | |
| | ) | |
| Defendant | ) | |

O R D E R

This matter is before the Court on the motion of Defendant for early termination of supervised release. The Court finds it has jurisdiction to consider this request pursuant to Title 18, United States Code, section 3583(e)(1). Plaintiff has no objection to Defendant's request. Plaintiff also notes the United States Probation Office has no objection to the early termination.

The Court has considered the applicable statutes and guidance from the Judicial Conference of the United States. The Court has also considered the information in the record regarding the underlying offense. Defendant's performance while in confinement and continuing through the period of supervision to date indicates he has achieved the major goals of supervision: abandonment of criminal behavior; abstinence from drugs and alcohol; maintaining gainful employment; maintaining stable housing; resumption of family responsibilities; and engagement in pro-social activities.

For the reasons set forth herein, Defendant's Motion to Terminate Defendant's Supervised Release Term (Dkt. No. 4) is GRANTED. It is the Order of the Court that the

term of supervised release is terminated and Defendant Arthur Penrod is discharged from further supervision.

    IT IS SO ORDERED this 17th day of May 2022.

                                            ROBIN J. CAUTHRON
                                            United States District Judge